UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | 3:12-MD-02385-DRH-SCW <br><br> MDL NO. 2385 <br><br> CHIEF JUDGE DAVID R. HERNDON |
| *THIS DOCUMENT RELATES TO:* | |
| JOAN A. BRUMFIELD, <br><br> PLAINTIFF, <br><br> VS. <br><br> BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., AND BOEHRINGER INGELHEIM INTERNATIONAL GMBH, <br><br> DEFENDANTS. | DEFENDANT BOEHRINGER INGELHEIM INTERNATIONAL GMBH'S ANSWER TO PLAINTIFF'S COMPLAINT <br><br> JURY TRIAL DEMANDED <br><br> CASE NO. 3:13-CV-51307-DRH-SCW |

Defendant Boehringer Ingelheim International GmbH (hereinafter "BII"), by and through its attorneys, hereby responds to Plaintiff's Complaint through this Short Form Answer, as provided in Case Management Order 40 (Defendants' Master Short Form Answers) (CMO-40, Case 3:12-md-02385-DRH-SCW, Doc. 234, entered 7/15/2013). Pursuant to CMO-40, BII hereby incorporates the General Denials, Limited Admissions and defenses in BII's Master Short Form Answer (CMO-40, Exhibit B).

Respectfully submitted, this 16th day of January, 2014.

>/s/ Beth S. Rose
>Beth S. Rose (NJ #028491987)
>SILLS CUMMIS & GROSS, P.C.
>One Riverfront Plaza
>Newark, NJ 07102
>Phone: (973) 643-5877
>Fax: (973) 643-6500
>brose@sillscummis.com
>
>*Attorney for Defendant Boehringer Ingelheim International GmbH*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.1 and Case Management Order No.1, Paragraph 5, I hereby certify that a copy of the foregoing document was filed through the Court's ECF system. Notice of this filing will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF).

>*/s/ Beth S. Rose*
>Beth S. Rose